STATE OF NEW JERSEY v. KAREN COPE.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO SMITH VALERA.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MITCHELL.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE E. DIXON.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BETTY JEAN GOULD.

July 7, 1987.

Petition for certification denied.